Patrick Lee COTTON, Movant–Appellant,

v.

STATE of Missouri, Respondent–Respondent.

No. 55177.

Missouri Court of Appeals, Eastern District, Division One.

April 18, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 17, 1989.

Application to Transfer Denied Aug. 1, 1989.

Michael C. Todt, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 27.26 motion after an evidentiary hearing. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).